IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case Nos. |
| Plaintiff, | ) | 8:04CR153, 8:09CR34-1 & 8:09CR201 |
| | ) | |
| V. | ) | |
| | ) | |
| EDGAR LEWIS PRADO, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |
| | ) | |

I conferred with counsel today and with their agreement,

IT IS ORDERED that:

(1) In 8:09CR201 a plea has been set before me on August 28, 2009, at 12:30 p.m.

(2) Sentencing in 8:09CR34-1 and resolution of the revocation matter in 8:04CR153 are continued until further order of the court with the understanding that these cases will be resolved at the same time as sentencing in 8:09CR201.

(3) My chambers shall ensure that appropriate orders are entered scheduling these cases for final resolution at the same time.

DATED this 26th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge