IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case Nos. |
| Plaintiff, | ) | 8:04CR153, 8:09CR34-1 & 8:09CR201 |
| | ) | |
| V. | ) | |
| | ) | |
| EDGAR LEWIS PRADO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that disposition and sentencing in all three above-entitled cases are set for Thursday, November 19, 2009, at 12:30 p.m. before Judge Kopf.

DATED this 28th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge